FILED
GREAT FALLS DIV.

'07 JUL 10 AM 10 36

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| ANTHONY SEREDUCK, | CV 05-69-GF-SEH |
| Plaintiff, | ORDER |
| vs. | |
| VARNUM, Chief of Security; FORSMAN and LAMEY, Unit Managers; WIRSCHING, MUSIC, and SWANSON, | |
| Defendants. | |

On June 4, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 66.

ORDERED:

1. Plaintiff's Motion for Preliminary Injunction[2] is DENIED.

2. Plaintiff's Motion to Certify Class[3] is DENIED.

DATED this 10th day of July, 2007.

Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 45.

[3] Docket No. 45.